O

FILED
CLERK, U.S. DISTRICT COURT
JUL 1 3 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    vs.<br><br>Clark, Murray Hooker<br><br>              Defendant. | Case No.: SACR09-168-CJC<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

      The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the   CDCA  , for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

      The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

      The Court finds that:

A.   (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on   Substance abuse history; nature of alleged viols which evidence def cannot be relied upon to comply with supervision conditions; lack of employment; father neither financially viable nor

1  an acceptable surety considering alley viols occurred
2  while def residing w/father
3  and/or
4  B.   (X) The defendant has not met his/her burden of establishing by clear and
5  convincing evidence that he/she is not likely to pose a danger to the safety of any
6  other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7  finding is based on  nature of allegs which constitute
8  new offenses committed while under supervision;
9  prior supervised release violation for similar conduct; substance abuse
10 history; demonstrated lack of amenability to treatment

13     IT THEREFORE IS ORDERED that the defendant be detained pending further
14 revocation proceedings.

16 DATED:   7/13/15

   ROBERT N. BLOCK
   UNITED STATES MAGISTRATE JUDGE